# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CATHY ANNE WRUBLE

                           Debtor(s)

| | |
|---|---|
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>            Movant | CHAPTER 13 |
| vs. | |
| CATHY ANNE WRUBLE etal.<br>            Respondent(s) | CASE NO: 5-21-02461-MJC |

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on May 16, 2022, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated: May 16, 2022                          Respectfully submitted,

                                                                          /s/ Agatha R. McHale, Esquire
                                                                          ID: 47613
                                                                          Attorney for Movant
                                                                          Jack N. Zaharopoulos
                                                                          Standing Chapter 13 Trustee
                                                                          8125 Adams Drive, Suite A
                                                                          Hummelstown, PA 17036
                                                                          Phone: (717) 566-6097
                                                                          email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CATHY ANNE WRUBLE

    Debtor(s)

JACK N. ZAHAROPOULOS           CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

CATHY ANNE WRUBLE etal.          CASE NO: 5-21-02461-MJC
    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    June 7, 2022 at 09:30 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1646.85**
   **AMOUNT DUE FOR THIS MONTH: $548.95**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2195.80**

**NOTE:**
    ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:   May 16, 2022                    Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: CATHY ANNE WRUBLE

    Debtor(s)

JACK N. ZAHAROPOULOS      CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant

vs.

CATHY ANNE WRUBLE etal.      CASE NO: 5-21-02461-MJC
    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 16, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

JOHN FISHER
126 SOUTH MAIN STREET
PITTSTONPA18640-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

CATHY ANNE WRUBLE
166 MARKET STREET
PITTSTON PA 18640

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 16, 2022

    /s/ Matt Arcuri
    for Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CATHY ANNE WRUBLE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-21-02461-MJC

vs.

CATHY ANNE WRUBLE

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.