IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: CATHY ANNE WRUBLE | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 5:21-bk-02461 |

### PRAECIPE TO WITHDRAW MOTION TO MODIFY CONFIRMED PLAN

TO THE CLERK:

Please withdraw the above-captioned Motion to Modify Confirmed Plan. A typographical error was found by the clerk's office but no parties have objected so concurrence to withdraw is not necessary from other parties in this case.

Dated: August 1, 2022

LAW OFFICES OF JOHN FISHER, LLC

By: /s/ John Fisher
John Fisher, Esquire
Attorneys for Debtor
126 South Main Street
Pittston, PA 18640
(570) 569-2154; fax (570) 569-2167
fisherlawoffice@yahoo.com