IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: CATHY ANNE WRUBLE : Chapter 13
:
Debtor : Case No. 5:21-bk-02461

PRAECIPE TO WITHDRAW MOTION TO MODIFY CONFIRMED PLAN

TO THE CLERK:

Please withdraw the Motion to Modify Confirmed Plan filed in the above captioned case on March 23, 2023. A mathematical error was made by attorney for Debtors which caused the Chapter 13 Trustee to object. I sought and received concurrence to withdraw the Motion to Modify Plan from the trustee's office. No other parties have objected to this motion so concurrence to withdraw is not necessary from other parties in this case.

Dated: April 5, 2023

LAW OFFICES OF JOHN FISHER, LLC

By: /s/ John Fisher
John Fisher, Esquire
Attorneys for Debtor
126 South Main Street
Pittston, PA 18640
(570) 569-2154; fax (570) 569-2167