United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02461-MJC |
| Cathy Anne Wruble | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 27, 2025 | Form ID: ordsmiss | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cathy Anne Wruble, 166 Market Street, Pittston, PA 18640-2532 |
| 5446542 | + | Colonial Savings, 2624 West FWY, Forth Worth, Tx 76102-7177 |
| 5446545 | | Hamilton Law, PO Box 90301, Allentown PA 18109-0301 |
| 5446546 | + | Health Spectrum Pharmacy Services, 1200 S Cedar Crest Blvd, Allentown PA 18103-6202 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5456155 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 27 2025 18:42:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 5446543 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 18:42:00 | Daniel Santucci, Esq., 1 International Plaza 5th Floor, Philadelphia PA 19113-1510 |
| 5446544 | ^ | MEBN | Jun 27 2025 18:39:37 | Financial Recoveries, 200 East Park Drive, Suite 100, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5446547 | ^ | MEBN | Jun 27 2025 18:39:39 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5446548 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 18:42:00 | Midland Funding LLC, 320 East Big Beaver #300, Troy MI 48083-1271 |
| 5446549 | + | EDI: AGFINANCE.COM | Jun 27 2025 22:42:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5447731 | + | EDI: AGFINANCE.COM | Jun 27 2025 22:42:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5454923 | | EDI: PRA.COM | Jun 27 2025 22:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5446550 | | Email/Text: dmcgraw@vantagetrustfcu.org | Jun 27 2025 18:42:00 | Vantage Trust FCU, 247 Wilkes Barre TWP Blvd, Wilkes Barre PA 18702 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Fisher | on behalf of Debtor 1 Cathy Anne Wruble johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cathy Anne Wruble,   Chapter   13
   **Debtor 1**

Case No.   5:21−bk−02461−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 27, 2025

ordsmiss (05/18)