# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Cathy Anne Wruble
                                   Debtor(s)

CU MEMBERS MORTGAGE, A
DIVISION OF COLONIAL SAVINGS
                                   Movant
                    vs.

Cathy Anne Wruble
                                   Debtor(s)

Jack N. Zaharopoulos,
                                   Trustee

BK NO. 21-02461 MJC

**Chapter 13**

**Related to Claim No. 3**

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Cathy Anne Wruble
166 Market Street
Pittston, PA 18640

Attorney for Debtor(s)
John Fisher, 126 South Main Street
Pittston, PA 18640

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: June 9, 2022

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com